

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00701-CV

**SAN ANTONIO INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Veronica **CONTRERAS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI15796
Honorable Elma T. Salinas-Ender, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

Delivered and Filed: November 27, 2024

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On October 28, 2024, Appellant San Antonio Independent School District filed a motion to dismiss this appeal explaining the parties to this appeal "have signed an agreement, agreeing to dismiss this appeal." We grant the motion and tax costs against the appellant. *See* TEX. R. APP. P. 42.1(a)(1), (d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM